```
                    UNITED STATES DISTRICT COURT

         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

             HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE



ALEKSAN KHACHATRYAN, et al.,      )
                                  )
         Plaintiffs,              )
                                  )
         vs.                      )
                                  )  2:18-CV-1358-MWF
REX TILLERSON, et al.,            )
                                  )
         Defendants.              )
_____)



              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     Los Angeles, California

                    Monday, August 13, 2018


            _____
```

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here:  www.amydiazfedreporter.com*

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

APPEARANCES OF COUNSEL:

For the Plaintiffs:

    EZZATI LAW PC
    By: H. Henry Ezzati, Attorney at Law
    PO Box 80585
    Rancho Santa Margarita, California 92688

For Defendants:

    OFFICE OF THE UNITED STATES ATTORNEY
    By: Margaret Ming Chen, Assistant United
       States Attorney
    300 North Los Angeles Street Suite 7516
    Los Angeles, California 90012

1 THE CLERK: Calling item four, case number
2 CV-18-1358-MWF, Aleksan Khachatryan, et al. vs. Rex W.
3 Tillerson, et al.
4 Counsel state your appearance for the record.
5 MS. CHEN: Good morning, Your Honor. Assistant
6 United States Attorney Margaret Chen on behalf of the
7 defendants.
8 MR. EZZATI: Good morning, Your Honor. Henry Ezzati
9 on behalf of the plaintiff.
10 THE COURT: Good morning, counsel.
11 You know, last time I suspected this was going to
12 happen, but I know the understandable significance that the
13 plaintiffs attach to this matter. If it were my father, I'm
14 sure I would be doing the same.
15 So here we are. But I think where here we are is
16 where we were, which is to say the Government questions, and
17 certainly with a plausible argument, whether there, in fact,
18 is jurisdiction. You know, the case law hasn't changed. My
19 thoughts on this hasn't changed. I -- in the absence of
20 explicit Ninth Circuit or Supreme Court authority saying that
21 it -- I don't have jurisdiction, I'll assume that I do.
22 But when we actually then turn to whether this is
23 the sort of thing on which I really can exercise judicial
24 review, it's -- it's just very clear that there is just --
25 there is nothing here and that there is not going to be

1    anything here.
2             So with that, let me hear from the plaintiffs.
3             MR. EZZATI: Good morning again, Your Honor.
4             The plaintiffs just have a few points to mention in
5    regards to the bad faith part of this.  We understand that
6    Your Honor has ruled in our favor as far as jurisdiction
7    goes.
8             The point we want to make is that we are sort of
9    bound by what the Government tells us.  We haven't conducted
10   any kind of discovery, and we don't have any information that
11   would lead us to believe otherwise what they are saying is
12   the actual facts.
13            And I had cited a case of *Olsen v. Albright*, 990 F.
14   Supp. 31 from a DC Circuit '97.  There a consulate officer
15   said that, hey, we got a memo saying when people walk in, you
16   make these notations about them, rich kid, poor kid, talks
17   poor, bad appearance, things like that.  We obviously don't
18   have that privilege in this case.
19            Nonetheless, we were -- we filed for a FOIA.  The
20   FOIA results that came in did not indicate anything that the
21   Government is alleging.  So I'm not really sure how we can
22   proceed with presenting additional facts to the Court that
23   would entitle the Court to judicially review this case for
24   its facts.
25            And also, I noticed that Ms. Chen had mentioned

1       under 12(b)(6) that she would like this case to be dismissed
2       with prejudice.  Just for sake of future events and law
3       changes, we just wanted to make sure if the Judge -- if Your
4       Honor would exercise their discretion to dismiss this case
5       without jurisdiction -- without prejudice.
6               THE COURT:  Well, I understand why for institutional
7       reasons the Government cares about the jurisdictional
8       argument.  The fact is they are better off, if not because it
9       is the case that an adjudication under 12(b)(6) is considered
10      to be on the merits; and therefore, whether I explicitly say
11      so or not, the effect is to be with dismissal with prejudice.
12              So let me hear from Ms. Chen.
13              MS. CHEN: Good morning, Your Honor.
14              I just wanted to make one point which we discussed
15      in the last motion hearing regarding the issue of subject
16      matter jurisdiction of the Court over Plaintiff Khachatryan's
17      claims.
18              In the tentative, the Court notes that the
19      Government has not cited any case where the Court has
20      differentiated claims of a non U.S. visa applicant and his
21      U.S. family member.  Defendants respectfully disagree.  And I
22      would like to direct the Court to the cases that were cited
23      in the defendants' briefing.
24              In defendants' motion to dismiss at page 1,
25      defendant cites to *Kerry v. Din*, Justice Scalia's plurality

1 opinion, which held that the unadmitted and nonresident alien
2 has no right of entry into the United States and no cause of
3 action to press in furtherance of this claim for admission.
4     In addition, defendants cited three cases on page 5
5 of its motion, *Chehade vs. Tillerson,* a Ninth Circuit case,
6 712 F. Appendix 598 at 599, where the Ninth Circuit there
7 held that the alien plaintiff of a U.S. citizen does not have
8 a cause of action for judicial review of a consular decision.
9     In addition, another -- defendants also cite to
10 *Rodgers v. Lynch*, a 2016 case from this District Court, at
11 2016 Westlaw 10966384. And in a footnote of that decision,
12 the Court there held that, "Some courts recognize the visa
13 applicant as a symbolic plaintiff, but there is no doubt that
14 as an unadmitted and nonresident alien, the nonresident alien
15 plaintiff had no constitutional right of entry of the country
16 as a nonimmigrant or otherwise."
17     And lastly, the last case cited by defendants in
18 their motion in support of their argument that Plaintiff
19 Khachatryan -- the Court lacks subject matter jurisdiction
20 over Plaintiff Khachatryan's claims is *Adams v. Baker*, a
21 First Circuit case from 1990. In a footnote there the Court
22 also describes the nonresident alien, unadmitted and
23 nonresident alien in that case as a symbolic plaintiff, as
24 well.
25     THE COURT: All right. I will examine those

|||
|---|---|
| 1 | footnotes and decide, then, on whether the 12(b)(1) portion |
| 2 | of the motion should be granted as to Mr. Khachatryan, but |
| 3 | obviously we'll get to the 12(b)(6) regardless. |
| 4 |     All right. Thank you, counsel. The matter is taken |
| 5 | under submission. |
| 6 |     MR. EZZATI: May I address one more point? |
| 7 |     THE COURT: You may. |
| 8 |     MR. EZZATI: While counsel pointed to those cases |
| 9 | from the First Circuit in the 1990s, there was a 2018, |
| 10 | July 24th case from the Ninth Circuit, *Allen v. Milas*, 2018 |
| 11 | U.S. App. Lexis 20523, where the Court explicitly held that |
| 12 | the District Court has subject matter jurisdiction under the |
| 13 | federal law question, which is 28 USC 1331 under these |
| 14 | circumstances. |
| 15 |     THE COURT: All right. Then I will certainly |
| 16 | examine that. |
| 17 |     Thank you, counsel. |
| 18 |     \*\*\*\*\*    \*\*\*\*\*    \*\*\*\*\* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
 1
 2   I certify that the foregoing is a correct transcript from the
 3   record of proceedings in the above-titled matter.
 4
 5
 6
 7   ----------------------------
 8
 9   Amy C. Diaz, RPR, CRR              November 21, 2018
10   S/  Amy Diaz
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER